## IN THE UNITED STATES BANKRUPTCY COURT FOR THE
## NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:**   Coleman-Johnson, Cleaster                    Case Number:  04 B 17335
                                                          Judge:  Doyle, Carol A
             Printed:  3/21/06                            Filed:  5/3/04

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:        Ch 7 Conversion:  December 1, 2005
Confirmed:  June 24, 2004

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 3,430.00 |  |
| Secured: |  | 854.38 |
| Unsecured: |  | 93.45 |
| Priority: |  | 0.00 |
| Administrative: |  | 2,320.54 |
| Trustee Fee: |  | 161.63 |
| Other Funds: |  | 0.00 |
| Totals: | 3,430.00 | 3,430.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Robert J Semrad & Associates | Administrative | 3,378.20 | 2,320.54 |
| 2. | Centex Home Equity | Secured | 0.00 | 0.00 |
| 3. | JB Robinson Jewelers | Secured | 0.00 | 0.00 |
| 4. | Wells Fargo Home Mortgage | Secured | 0.00 | 0.00 |
| 5. | Wells Fargo Home Mortgage | Secured | 3,000.00 | 173.16 |
| 6. | Wells Fargo Bank | Secured | 1,536.37 | 112.38 |
| 7. | City Of Chicago | Secured | 374.51 | 166.35 |
| 8. | Centex Home Equity | Secured | 900.00 | 402.49 |
| 9. | Wells Fargo Bank | Unsecured | 150.00 | 22.05 |
| 10. | Centex Home Equity | Unsecured | 100.00 | 35.70 |
| 11. | Centex Home Equity | Unsecured | 100.00 | 35.70 |
| 12. | Commonwealth Edison | Unsecured | 63.56 | 0.00 |
| 13. | Resurgent Capital Services | Unsecured | 52.23 | 0.00 |
| 14. | Cingular Wireless | Unsecured | 174.10 | 0.00 |
| 15. | World Financial Network Nat'l | Unsecured | 52.52 | 0.00 |
| 16. | Ford Motor Credit Corporation | Unsecured | 1,523.70 | 0.00 |
| 17. | World Financial Network Nat'l | Unsecured | 58.01 | 0.00 |
| 18. | World Financial Network Nat'l | Unsecured | 18.84 | 0.00 |
| 19. | Peoples Energy Corp | Unsecured | 43.94 | 0.00 |
| 20. | City Of Chicago Dept Of Revenue | Unsecured | 98.50 | 0.00 |
| 21. | JB Robinson Jewelers | Unsecured | 7.80 | 0.00 |
| 22. | Fleet Credit Card Service | Unsecured | 104.38 | 0.00 |
| 23. | Retailers National Bank | Unsecured | 127.04 | 0.00 |
| 24. | SBC | Unsecured | 49.22 | 0.00 |
| 25. | Merrick Bank | Unsecured | 63.11 | 0.00 |

## IN THE UNITED STATES BANKRUPTCY COURT FOR THE
## NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:**   Coleman-Johnson, Cleaster

Printed:  3/21/06

Case Number:  04 B 17335
Judge:  Doyle, Carol A
Filed:  5/3/04

| # | Creditor | Type | Amount | Paid |
|---|---|---|---|---|
| 26. | Capital One | Unsecured | 29.96 | 0.00 |
| 27. | Capital One | Unsecured | 83.98 | 0.00 |
| 28. | Capital One | Unsecured | 87.91 | 0.00 |
| 29. | Capital One | Unsecured | 30.00 | 0.00 |
| 30. | Wells Fargo Bank | Secured | | No Claim Filed |
| 31. | Chicagoland Emergency Phys SC | Unsecured | | No Claim Filed |
| 32. | Lane Bryant | Unsecured | | No Claim Filed |
| 33. | Cross Country Bank | Unsecured | | No Claim Filed |
| 34. | First American National Bank | Unsecured | | No Claim Filed |
| 35. | Fashion Bug | Unsecured | | No Claim Filed |
| 36. | Bankfirst | Unsecured | | No Claim Filed |
| 37. | Ge Capital Consumer Card Aka GE Money Bk | Unsecured | | No Claim Filed |
| 38. | Good Year | Unsecured | | No Claim Filed |
| 39. | Blockbuster Video | Unsecured | | No Claim Filed |
| 40. | Menards | Unsecured | | No Claim Filed |
| 41. | Providian Processing | Unsecured | | No Claim Filed |
| 42. | Roaman's | Unsecured | | No Claim Filed |
| 43. | Target | Unsecured | | No Claim Filed |
| 44. | T Mobile | Unsecured | | No Claim Filed |
| 45. | Children's Place | Unsecured | | No Claim Filed |
| 46. | WARDS | Unsecured | | No Claim Filed |
| 47. | SBC | Unsecured | | No Claim Filed |
| 48. | Wal Mart Stores | Unsecured | | No Claim Filed |
| 49. | MCI | Unsecured | | No Claim Filed |

$ 12,207.88                         $ 3,268.37

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 4% | 25.98 |
| 6.5% | 61.49 |
| 3% | 27.72 |
| 5.5% | 46.44 |

$ 161.63

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

_Denise Ashley_